# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Charles L. Walker

vs

(Full name of defendant(s))

Dane County Child Support Agency
Wisconsin Department of Children and Families
Atty Andrea D. Brademuehl
Court Commissioner Mary Beth Keppel

Case Number:

25-cv-817-jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)

   P.O Box 44217 Madison, WI 53744
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _____Documents Attached_____
(Name)

is (if a person or private corporation) a citizen of _____Wisconsin_____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____The State of Wisconsin_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____Documents Attached_____

_____

_____

_____

_____

_____

_____

Documents Attached.

*IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN*

Date: October 01, 2025

Case No: 2007PA000676PJ/_____

Charles L. WALKER

Plaintiff,

v.

Dane County Child Support Agency, Wisconsin Department of Children and Families Defendants. Andrea Brendemuehl, and Court Commissioner Mary Beth Keppel

*COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. § 1983*
*JURISDICTION AND VENUE*
1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

*PARTIES*
1. Plaintiff I Charles L. Walker is a resident of Sun Prairie, Wisconsin
2. Defendants. Andrea Brendemuehl, Court Commissioner Mary Beth Keppel and Dane County Child Support Agency

*FACTS*

The conduct was committed by a person acting " under color of state law "(i.e., a state or local government official). Attorney Andrea Brendemuehl, Court Commissioner Mary Beth Keppel and the Dane County Child Support Agency, Wisconsin Department of Children and Families

Using a fake petition and summons to hold a child support hearing without proper service is a severe violation of my constitutional right to procedural due process. This conduct deprived me of a federal constitutional and statutory right to legal proceedings at both the federal and state level through the Fourteenth Amendment.

My primary civil rights at issue are due process of law. This fundamental right guarantees me fair treatment in the legal system, including proper notification and an opportunity to be heard. The violation include:

Improper service: In Wisconsin, as in all states, legal actions such as child support proceedings begin with formal service of a summons and complaint. The summons provides official notice of the legal action, allowing you time to prepare a response. Proper service is required to give the court "personal jurisdiction "over you. If you were never properly served, the court never had a right to take action against you.

Deprivation of property: A child support order is financial obligation that can result in wage garnishment, seizure of property, and other serious financial penalties. A hearing conducted without proper service or notice is a deprivation of your property without the due process required by law.

Fraud and Forgery: The use of a fake, stamped petition and summons constitutes serious criminal offenses under Wisconsin law.

•Forgery: Under Wisconsin Statute § 943.38, it is a Class H felony to falsely make or alter a legal document, such as a summons, with the intent to defraud. A Class H felony carries penalties of up to $10,000 in fines and six years in prison.

•Uttering a forged document: It is a Class H felony to present a forged writing as genuine, knowing it to be fake.

•Tampering with public records: If a person falsely stamps or causes a fake document to be entered into a court's records, this may constitute tampering with public records, which is also a felony.

•Fraud on the court: This is a serious legal allegation that occurs when a party or their attorney engages in a deliberate scheme to deceive the court, such as falsifying documents or making misrepresentations. If proven, it can be grounds for setting aside a judgment, regardless of when the fraud was discovered.

Fraudulent Concealment:

- Attorney Andrea Brendemuehl intentionally concealed a material fact.
- I could not have discovered the information even by exercising reasonable diligence.
- The concealment prevented me from discovering the cause of action.

Attorney Brendemuehl actively had my records all seal and hidden, paperwork all over the place. I was looking for proof of service. I went to the courthouse and I ask for the proof of service and my records for my child support case. The clerk asks for my identification and wrote my name down. I asked why he was writing my name down he said because they have to report that I came looking for my records. The clerk gave me a bunch paperwork which I had to pay for. The clerk gave me a paper with a website where I can go online if I needed anything else. I got home and realized something was wrong. I don't have the proof of service and the summons and petition is not stamped. There was a lot of paperwork not completed and half fill out and some paperwork had no signature on it. I went on the website but couldn't get through to what was needed. It said I had to ask for my records orally or in writing.

   I went back to the court house frustrated letting them know this can't be all my paperwork on June 23, 2025. The clerk said it's just a bunch of stuff all over the place i don't know if he was

confused, or wasn't trying to give me my records. I said can I see what you are looking at. The clerk states I can look on their computer in the other room. The clerk gives me a code that my documents were hidden under. The clerk gives me a code to use on their computer and I found all the paperwork showing it was a hearing had on 11-15-2007 the summons and petition authenticated stamped in 2008 file but in 2007 wasn't stamped by the clerk of courts. I found paperwork saying on 11-15-2007 Atty. Andrea Brendemuehl my son mother Connie Bennett showed up in person at the first hearing with Court Commissioner David Flesch before I was properly served a summons or unaware of the court hearing.

I took my phone and recorded what I was seeing. I ask for copies of everything. Once I received copies I ask to speak with a manager. The manager came and tried to argue with me saying the warrant was asked by the attorney 12-14-2007. The manager said Court Commissioner Mary Beth Keppel issued a due diligence order for arrest. Then you were served summons by the Monona Police Department 04-05-2008.

Then I ask the manager to click in the file to show her that a petition and summons was stamped by the clerk of court not signed and a hearing was held. The manager said OK what am I'm looking for I said what date does that say. She stated 11-15-2007 I said Atty. Andrea Brendemuehl ask for a warrant to be issued so I can be served summons December 14th of 2007. The acknowledgement of service for the summons says 04-05-2008. The manager then said she doesn't have any knowledge of child support or how it works.

On 12-14-2007 Attorney Andrea Brendemuehl on behalf of the Dane County Child Support Agency requested the court issue an Order for Arrest pursuant to s. 818.02, Wis. Stats. until 07-30-2025. Atty Brendemuehl was supposed to prove to the court reasonable diligence and that she has exhausted other service options and the Affidavit of Due Diligence was supposed to have my information public in newspaper being last resort not request the court to issue a warrant to have me serve summons.

Court Commissioner Mary Beth Keppel violated my due process by issuing a due diligence order for arrest warrant to have me serve a summons when no case existed and I haven't been properly served, as it bypasses the requirement for notice and an underlying legal action.

Proper due process requires a court to have legal basis like a file case and for you to receive proper notice and opportunity to be heard before the court can take action against you. There is no such thing as a due diligence warrant. In Wisconsin a judge can only issue an order for arrest warrant under Statute 818.03 in a civil action not a criminal matter. Court Commissioner Keppel had no legal authority issuing and order for arrest warrant.

•No Case, No Action: A court generally needs a filed lawsuit or criminal complaint to have a legal basis to issue warrants or summonses. If no case exists, there's nothing for the court to act upon.

•Proper Service is Essential: Due process requires you to be properly served with a summons and a copy of the lawsuit or complaint that initiates the legal action against you. This notice is crucial for you to understand the charges or allegations and to prepare a defense.

•Unwarranted Arrest: An arrest warrant is a serious court order that authorizes police to take someone into custody. Issuing one without a valid legal basis and proper service violates your rights which lead to wrongful arrest and detention.

•Warrant for Summons? An arrest warrant is generally for compelling someone to appear in court for a failure to appear on a previous summons or for criminal charges. It is not a standard method for serving an initial summons.

In Wisconsin, the statute of limitations for civil fraud depends on the specific legal theory of the claim, but typically involves a six-year limit under Wis. Stat. § 893.93(1)(b) . For fraudulent transfers, the deadline is shorter. A "summons" is a procedural step to commence an action and does not have its own specific statute of limitations regarding fraud.

Discovery Accrual Rule: Under Federal law, the time limit for a Section 1983 claims behind to run when the plaintiff "knew or had reason to know of the injury " This is the discovery rule. I discovered the fraud and injury violation on June 23,2025 where I have a visual recording.

Equitable tolling: This doctrine can pause the statute of limitations under specific circumstances, such as when a defendant has actively concealed their wrongdoing.
Case example: In the Texas Supreme Court case
Valdez v. Hollenbeck, the court held that the statute of limitations was not extended indefinitely. It is tolled only until a reasonably prudent person would have made an inquiry that would have led to the discovery of the concealed cause of action.

*CLAIMS FOR RELIEF*
1. Violation of due process rights under the Fourteenth Amendment.
2. This was a malicious prosecution, abuse of process, intentional infliction of emotional distress and violation of my constitutional rights.

*PRAYER FOR RELIEF*
Request damages, injunctive relief, and any other appropriate remedies.

*Respectfully submitted, *

*Charles Walker*

Charles L. Walker
P.O Box 44217
Madison, WI 53744
1(608)621-1477

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

42 U.SC. 1983

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 18 million .

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Award of money and legal consequences from both defendants and the Child Support Agencies / Wisconsin Children and Families to do better with not violating people rights or having there employee or workers do it.

E.  **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __01__ day of __October__ 20__25__.

Respectfully Submitted,

*Charles Ware*
Signature of Plaintiff

__1 608 621-1477__
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

__P.O Box 47217 Madison, WI__
__53744__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5